UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Case No.: 1:20-cv-00020 (LJL)
JOSEPH GUGLIELMO, on behalf of himself and all      :   (ECF Case)
others similarly situated,                                                         :
                                                                                              :
       Plaintiff,                                                             :
                                                                                              :   **NOTICE OF MOTION**
   v.                                                                                    :   **FOR ENTRY OF A**
                                                                                              :   **CONSENT ORDER**
ALLIED ELECTRONICS, INC.,                                         :
                                                                                              :
       Defendant.                                                       :
-----------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Joshua D. Kipp, counsel to Defendant Allied Electronics, Inc. ("Allied"), the exhibits attached thereto, and the pleadings herein, and upon the accompanying Memorandum of Law, Defendant Allied and Plaintiff Joseph Guglielmo ("Guglielmo", and with Allied, collectively, the "Parties") will jointly move this Court, by the Honorable Lewis J. Liman, U.S.D.J., in Courtroom 15C at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, on the date and at the time prescribed by the Court, or as soon thereafter as counsel may be heard, for an Order:

i. Approving and directing the Clerk of the Court to enter the accompanying proposed fully executed Consent Order and Stipulation of Settlement pursuant to 42 U.S.C. § 12212; and/or

ii. Granting the Parties such other, further and different relief as the Court may deem just, proper and equitable.

Dated: New York, New York        Respectfully submitted,
       March 16, 2020

                                       FRENKEL LAMBERT WEISS
                                       WEISMAN & GORDON, LLP
                                       *Attorneys for Defendant Allied Electronics, Inc.*

                      By:     / s / Eric M. Eusanio, Esq.
                              ERIC M. EUSANIO
                             One Whitehall Street, 20th Floor

New York, New York 10004
(212) 344-3100
EEusanio@flwlaw.com


TO: David Paul Force, Esq. (*via ECF*: dforce@steinsakslegal.com)
STEIN SAKS, PLLC
*Attorneys for Plaintiff Joseph Guglielmo*
285 Passaic Street
Hackensack, NJ 07601
(201) 282-6500